UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SANDRA LEIBOWITZ,

                        Plaintiff,

-against-                              ORDER

D&I FASHION GROUP, INC., *d/b/a Basix Black Label*, and DAVID SADOT,        18 Civ. 3933 (GBD)

                        Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties report that this case has settled. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than March 25, 2020. All conferences previously scheduled are adjourned *sine die*.

Dated: New York, New York
         February 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge