```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 3 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SANDRA LEIBOWITZ,

                         Plaintiff,

    -against-                         ORDER

D&I FASHION GROUP, INC., *d/b/a Basix Black Label* and DAVID SADOT,       18 Civ. 3933 (GBD)

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    Plaintiff and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF Nos. 42, 43) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $23,250 is approved; and

2. The payment of attorneys' fees and expenses to Plaintiffs' attorneys in the amount of $14,250 is approved.

Dated: New York, New York
       June 3, 2020

                                                  SO ORDERED.

                                                  *George B. Daniels*
                                                  GEORGE B. DANIELS
                                                  United States District Judge